In The District Court of the United States
Western District of North Carolina
Federal Building

FILED
CHARLOTTE, NC
AUG 1 5 2024
US DISTRICT COURT
WESTERN DISTRICT OF NC

FREDY MAURICIO BURUCA,
In Personam, claimant,

BILL OF COMPLAINT

Jury Trial Demanded

VS.

3:24-cv-751-MR

J. P. ANTELO (complainant),
L. CLAIBORNE (Contact Person
in Demanding State COMMONWEALTH
OF VIRGINIA) and KYLE RANDALL
(Magistrate Judge) and PRINCE
WILLIAM County in the State of
VIRGINIA, Defendants.

In the manner alleged more fully above, Defendants J. P. ANTELO (complainant), L. CLAIBORNE (Contact Person in Demanding State COMMONWEALTH OF VIRGINIA), KYLE RANDALL (Magistrate Judge of the District Court Division in the STATE OF NORTH CAROLINA and County PRINCE WILLIAM in the State of VIRGINIA falsely accused, falsely arrested and falsely imprisoned Claimant Fredy Mauricio Buruca without his consent, or a contract and against his will and acted in concert under wrongfully assumed powers and Authority under pretence

and color of Office, Laws and Title, wantonly, maliciously, and sadistically for the very purpose of causing irreparable harms when they acted in concert and falsely accused, arrested and imprisoned him without a Warrant, without cause and without any legal authority. Defendant PRINCE WILLIAM falsely imprisoned Claimant when its deputies, agents, servants and employees solicited others to engage and participate in the fabrication of false documents against him just to mislead society to commit perjury and obstruction of Justice based on discrimination for being a Member of the Mara Salvatrucha (MS-13) which is an unalienable Birthright protected and guaranteed by the Immunities Clause of the Constitution of the United States of America, in the family of Nations and falsely arrested and booked him, without legal cause, into the county jail facilities in the state of North Carolina.

Defendants' wrongful conduct was a substantial factor in causing Claimant's serious constitutional, physical, mental and emotional injuries, including, without limitation: false accuse, false arrest and imprisonment, humiliation, intimidation, embarrassment, discomfort, emotional pain, suffering and irreparable harms. Claimant claims general damages for such physical and mental distress in an amount to be proven at trial. As a direct and proximate result of the Defendants' deprivations and violations, Claimant did incur, and will in the future continue incur, doctor, medical, psychiatric,

pharmaceutical, vocational, counselling, and incidental expenses, in an amount to be proven at time of trial.

As a result of the incidents alleged above and the injuries Defendants, and each of them, caused, Claimant was unable to work. Thus Claimant lost, and will in the future lose, earnings and wages in an amount according to proof at trial.

Additionally, Claimant incurred fees for investigations, expenses and other costs in the prosecution of the constitutional deprivations and violations alleged here.

Claimant is entitled to prejudgment interest, on all ascertainable or readily ascertainable items from the date of such of financial loss, from the date of incurring such losses.

Defendants J. P. ANTELO, L. CLAIBORNE, KYLE RANDALL and PRINCE WILLIAM committed the mentioned acts in their individual capacities, but while acting in concert under wrongfully assumed powers and Authority under pretence, maliciously, willfully, knowingly, with evil intent, with negligence, sadistically, reckless disregard and deliberate indifference to the known consequences of their acts and omission and purposely with the intent to deprive Claimant of his state and federally protected unalienable Birthrights, Immunities and Privileges for the very purpose of

3.

causing irreparable harms. The Defendants did, in fact deprive and violate Claimant's Unalienable Birthrights, Immunities and Privileges. As such the Defendants' actions were willful, wanton, malicious, oppressive, vexatious, deliberate with the full intent to cause irreparable harms, and their actions justify and award of exemplary and punitive damages in an amount to be ascertained according to proof at trial.

Claimant demands for a U Visa due that he is a victim of a violent crime or crimes from which he does not have any knowledge at all, and due to his irreparable harms to all of his Unalienable Birthrights.

Further Claimant FREDY MAURICIO BURUCA states that this Complaint Jury Trial Demanded is based on the following facts:

Claimant Claims that the Defendants mentioned above committed perjury and conspiracy to obstruct justice to mislead Society, etc., on the ground that he has no knowledge at all of any crimes alleged by the Defendants whom acted in concert. In accordance with the Superior Court's Record the Accused person has a tatoo on his face. Claimant FREDY MAURICIO BURUCA has no tatoo at all on his face and he has been **mistaken** and misidentified as the perpetrator due to his **affiliation** with the Mara Salvatrucha (MS-13) under God and was falsely

accused, falsely arrested and falsely imprisonment under a pack of lies, just to discredit him, created and fixed by J. P. ANTELO who solicited others to engage and participate in the fabrication of false documents just to cause irreparable harms to claimant based on his color, race, religion, nationality, sex, ethinc, belief, cultural heritage and origin.

Claimant is a National by birth and Private Citizen of El Salvador by birth where the people are Sovereigns under God by virtue and rights with Diplomatic Immunity and with all Unalienable Birthrights reserved under the Common Law, and he is a true member of the Mara Salvatrucha (MS-13) under God and not under any incorporated affiliation. Claimant's affiliation is under his Unalienable Birthrights protected and guaranteed under the Immunities Clause of the Constitution of the United States of America, in the family of Nations, and under the Immunities Clause of the Constitution of El Salvador.

Claimant FREDY MAURICIO BURUCA demands a Decree against defendants J. P. ANTELO, L. CLAIBORNE, KYLE RANDALL and PRINCE WILLIAM county in the state of VIRGINIA requiring them to cease those cause of actions that are found to have deprived and violated all of my Unalienable Birthrights and to take those cause of actions necessary to protect all

of My Unalienable Birthrights, Immunities and Privileges, and My Right to Due Process within the Meaning of the Immunity Clause of the 5th Amendment under the Constitution of the United States.

This Bill of Complaint "Jury Trial Demanded" is filed in behalf and in favor of ~~Fredy~~ Mauricio Buruca #1718368 under God by and the Grantee/Beneficiary Office.

All Creator given Birthrights are claimed by Jorge Galeas-Menchu-El, Jr. Who is an Ambassador from El Salvador, a Public Minister of Justice and Head of State of El Salvador, a National of the United States of America, in the family of Nations and a Private Secure Party Creditor, etc.

All Creator given Birthrights are claimed by the OFFICE OF GRANTEE/ BENEFICIARY pursuant to Gouldy V. Metcalf, 75 Tex, 455, 12 S.W. 830 (1889), and enforced by the Uniform Commercial Code(s) §1-201(39), §3-401, §3-308(a), §3-403, and §3-403(a), with special assistance from the: International Aboriginal Indigenous Movement, et al (IAIM, et al) ©®™ UCC FR#0160174000I COUNSEL OF CHOICE pursuant to Article 1-46 of the United Nations Declaration on the Rights of Indigenous Peoples. United Nations A/RES/61 295 General Assembly Distr. General 2 October 2007 Sixty-First Session Agenda item 68 06-51207, Resolution adopted by the General Assembly [without

reference to a Main Committee (A/61/L.67 and Add.1)]

Amicus curiae
08-04-24

From the Grantee Office

/S/ [signature]

BY: Jorge Galeas-Menchu-El, Jr.
COUNSEL OF CHOICE
0160174ated001

International Aboriginal Indigenous Movement, et al
Under God

APPROVED BY:                Non-Domestic
FREDY MAURICIO BURUCA    c/o 55565 Bonneville Road
1718368
All Rights Reserved         Hidden Hills, California
                            Exempt Dmm Reg.

CC: To:
U.S. Marshal,
Secret Service,
U.S. Attorney General,
U.S. Secretary of Treasury,
U.S. State Department,
U.S. Homeland Security,
United Nations,
Embassy of El Salvador,
Consulate of El Salvador,
Commissioner of Internal Revenue,
Director of IRS, et al.

7.

Certificate of Service

THIS IS TO CERTIFY that an Original Copy of the Complaint Jury Trial Demanded was delivered upon the following parties by mailing an Original Copy thereof by postage prepaid, first class mail or by otherwise approved delivery addressed as follows:

Clerk's Office
District Court of the United States
Federal Building, Room 204, 401 West Trade Street, Charlotte, N.C. 28202

/s/ [signature]

cc:
To All.

By: Jorge Galess-Menchu-El, Jr.

Joshua H. Stein
Attorney General
N.C. Department of Justice
Post Office Box 629
Raleigh NC 27602-0629

PRINCE WILLIAM County and
COMMONWEALTH OF VIRGINIA

J. P. ANTELO
L. CLAIBORNE
KYLE RANDALL

Amicus Curiae
08-04-24

Case 3:24-cv-00751-MR    Document 1    Filed 08/15/24    Page 8 of 8

8