# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Fredy Mauricio Buruca, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 3:24-cv-00751-MR |
| | ) | |
| vs. | ) | |
| | ) | |
| J.P. Antelo, et al, | ) | |
| | ) | |
| Defendants. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 13, 2025 Order.

January 13, 2025

Katherine Hord Simon, Clerk
United States District Court